IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

        Plaintiff,                  No. CIV S-10-2530 LKK EFB PS

vs.

CALIFORNIA JUDICIAL COUNCIL;
SACRAMENTO COUNTY SUPERIOR
COURT;

        Defendants.             ORDER
_____/

      This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). A status (pretrial scheduling) conference is currently scheduled for March 30, 2011. Dckt. Nos. 7, 10. However, on March 10, 2011, plaintiff filed a "Notice of Filing Bankruptcy," indicating that an involuntary Chapter 7 bankruptcy petition was filed against plaintiff on February 28, 2011. Dckt. No. 12. In light of that filing, the March 30 status (pretrial scheduling) conference will be continued and the parties will be ordered to file briefing regarding whether this case should be stayed pursuant to the automatic bankruptcy stay, 11 U.S.C. § 362, and/or whether plaintiff has standing to bring this action in light of the pending bankruptcy. *See Manlangit v. Nat'l City Mortg.*, 2010 WL 2044687, at *1 (E.D. Cal. May 20, 2010).

Accordingly, IT IS HEREBY ORDERED that:

1. The March 30, 2011 status (pretrial scheduling) conference is continued to April 20, 2011 at 10:00 a.m. in Courtroom No. 24.  Because the parties filed a joint status report on February 22, 2011, Dckt. No. 11, no further status report need be filed.

2. On or before March 30, 2011, plaintiff shall file a brief indicating whether this case should be stayed pursuant to the automatic bankruptcy stay, 11 U.S.C. § 362, and/or whether plaintiff has standing to bring this action in light of the pending bankruptcy.  Defendants and/or lien holders may also file such a brief, and/or a response to plaintiff's brief, on or before April 6, 2011.

DATED: March 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE